IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 14-60675
Summary Calendar
_____

D.C. Docket No. 4:98-CR-22-1

United States Court of Appeals
Fifth Circuit
**FILED**
May 8, 2015
Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

    Plaintiff - Appellee

v.

DERWIN RENWICK MCWAINE, also known as Skibow,

    Defendant - Appellant

Appeal from the United States District Court for the
Northern District of Mississippi, Greenville

Before KING, JOLLY and HAYNES, Circuit Judges.

J U D G M E N T

This cause was considered on the record on appeal and the briefs on file.

It is ordered and adjudged that the appeal is dismissed as frivolous.



**Certified as a true copy and issued
as the mandate on Jun 01, 2015**

**Attest:**  *Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**